# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| JAMES FORSLUND, | Civil No. 09-2134 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| STRYKER CORPORATION, *et al.,* | |
| Defendants. | |

___

This matter is before the Court on the stipulation for extension of time to file responsive memorandum filed by the parties in this matter on October 5, 2009 [Docket No. 21].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The parties' stipulation is approved.
2. The plaintiff is **GRANTED** an extension of time to file the responsive memorandum to defendants' motion for judgment on the pleadings to November 6, 2009.

DATED: October 6, 2009
at Minneapolis, Minnesota.

                                               s/John R. Tunheim
                                               JOHN R. TUNHEIM
                                              United States District Judge