# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| JAMES FORSLUND, | Civil No. 09-2134 (JRT/JJK) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| STRYKER CORPORATION, *et al.*, | |
| Defendants. | |

_____

This matter came before this Court upon the Stipulation of Dismissal of Plaintiff's Claims Against Defendant Stryker Orthopaedics filed by the parties on October 16, 2009 [Docket No. 25].

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Stryker Orthopaedics are **DISMISSED WITHOUT PREJUDICE.**


DATED: October 28, 2009
at Minneapolis, Minnesota.                                                  ____s/John R. Tunheim____
                                                                           JOHN R. TUNHEIM
                                                          United States District Judge