# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES FORSLUND, | Civil No. 09-2134 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| STRYKER CORPORATION, *et al.,* | |
| Defendants. | |

This matter is before the Court on defendants' request to file a brief letter responding to the supplemental filing of plaintiff regarding the pending motion for judgment on the pleadings.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendants' request to file a response [Docket No. 40] is **GRANTED**.

Dated: December 4, 2009
at Minneapolis, Minnesota

                                          _____s/ John R. Tunheim_____
                                                 JOHN R. TUNHEIM
                                           United States District Judge